UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ANTHONY COTTET, et al.,                          :

                          Plaintiffs,            :        **ORDER**

              - against -                        :        08 Civ. 10901 (FM)

TERMINUS RESTAURANT                              :
ASSOCIATES, LLC, et al.,

                                                 :

                          Defendants.            :
-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

              Pursuant to the conference held earlier today, it is hereby ORDERED that a

telephone conference shall be held on December 3, 2009 at 9:45 a.m.  Counsel for the

Plaintiffs should initiate the conference by calling Chambers at (212) 805-6727.

              SO ORDERED.

Dated:        New York, New York
              October 15, 2009

                                                 _____
                                                 FRANK MAAS
                                                 United States Magistrate Judge

Copies to:

Jeffrey Michael Gottlieb, Esq.
Gottlieb & Associates
Fax:  (212) 982-6284

Lewis P. Trippett, Esq.
Higgins & Trippett L.L.P.
Fax:  (212) 840-8336


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/09