UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ANTHONY COTTET, et al.,                :

                  Plaintiffs,     :     **ORDER**

        - against -                        :     08 Civ. 10901 (FM)

TERMINUS RESTAURANT               :
ASSOCIATES, LLC, et al.,
                                  :
                  Defendants.
-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/10
```

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the conference held earlier today, it is hereby ORDERED that a telephone conference shall be held on August 3, 2010, at 5 p.m. Counsel for the plaintiff should initiate the conference by calling Chambers at (212) 805-6727.

        SO ORDERED.

Dated:    New York, New York
            July 13, 2010

                                              /s/ FRANK MAAS
                                              United States Magistrate Judge

Copies to:

Jeffrey Michael Gottlieb, Esq.
Fax: (212) 982-6284

Lewis P. Trippett, Esq.
Fax: (212) 840-8336